# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO TABAREZ, | 1:07-CV-1001 OWW DLB HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION FOR EVIDENTIARY HEARING |
| v. | [Doc. 13] |
| KEN CLARK, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on July 13, 2007. Respondent filed an answer to the petition on October 12, 2007, and Petitioner filed a traverse on November 13, 2007. On this same date, Petitioner also filed a motion for an evidentiary hearing. (Court Doc. 13.) Respondent filed an opposition on November 27, 2007, and Petitioner filed a reply on December 14, 2007. (Court Docs. 14, 15.)

Rule 8(a) provides that where a petition is not dismissed at a previous stage in the proceeding, the judge, after the answer and transcripts and record of the state court proceedings are filed, shall, *upon review* of those proceedings, determine whether an evidentiary hearing is required. The purpose of an evidentiary hearing is to resolve the merits of a factual dispute. An evidentiary hearing on a claim is required where it is clear from the petition that: (1) the allegations, if established, would entitle the petitioner to relief; and (2) the state court trier of

1  fact has not reliably found the relevant facts.  <u>See</u>, <u>Hendricks v. Vasquez</u>, 974 F.2d 1099, 1103
2  (9th Cir.1992).  As the function of an evidentiary hearing is to try issues of fact, <u>Townsend v.</u>
3  <u>Swain</u> 372 U.S. 293, 309 (1963)(*overruled in part by* <u>Keeney v. Tamayo-Reyes</u>, 504 U.S. 1, 112
4  S.Ct. 1715 (1993)), such a hearing is unnecessary when only issues of law are raised. <u>Id</u>.

5      Petitioner's motion consists of allegations of legal error.  As the Court has yet to review
6  the merits of petitioner's claim, it is unable to determine whether there is a disputed issue of fact
7  that requires an evidentiary hearing. Following a thorough review of the petition's merits, the
8  Court will sua sponte issue an order for an evidentiary hearing should it find one necessary.

9      Accordingly, the request for an evidentiary hearing is DENIED.

10  IT IS SO ORDERED.

11  **Dated:   January 3, 2008**          /s/ **Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE